UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80784-CIV-REINHART

YANET RIOS,

        Plaintiff,

v.

TOP DENTAL, PLLC, et al.,

        Defendants.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT, DISMISSING COMPLAINT WITH PREJUDICE, AND CLOSING CASE**

THIS CAUSE is before the Court upon the parties' Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit with Prejudice ("Joint Motion"). ECF No. 17. The Court conducted a fairness hearing on June 17, 2020. Pursuant to the FLSA Settlement Agreement reached between the parties, and reviewed by the Court *in camera*, it is **ORDERED AND ADJUDGED** as follows:

1. After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The parties' Joint Motion (DE 17) is **GRANTED**.

3. The parties' FLSA Settlement Agreement is hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the parties' FLSA Settlement Agreement, if necessary.

5. Any and all pending motions are hereby **DENIED AS MOOT**; the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED**, in Chambers at West Palm Beach, Florida this 17th day of June, 2020.

_____

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE